**Joseph H. CHRISTIAN, Plaintiff–Appellant,**

**v.**

**VOUGHT AIRCRAFT INDUSTRIES, INCORPORATED; Vought Aircraft Salaried Disability Income Plan, Defendants–Appellees.**

No. 10–2302.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2011.

Decided: July 20, 2011.

Joseph H. Christian, Appellant Pro Se. Jason Elliott, Ellen L. Perlioni, Morgan, Lewis & Bockius, LLP, Dallas, Texas; Kevin Scott Joyner, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Raleigh, North Carolina, for Appellees.

Before GREGORY and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph H. Christian appeals the district court's order granting Defendants' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chris-*

*tian v. Vought Aircraft Indus., Inc.,* No. 5:09–cv–00186–FL (E.D.N.C. Oct. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*